# In the United States Court of Federal Claims

No. 15-294C
(Filed May 16, 2023)

```
* * * * * * * * * * * * * * * * * *
                                  *
                                  *
J. CASARETTI, et al.,             *
                                  *
                Plaintiffs,       *
                                  *
        v.                        *
                                  *
THE UNITED STATES,                *
                                  *
                Defendant.        *
                                  *
* * * * * * * * * * * * * * * * * *
```

## SCHEDULING ORDER

As discussed during today's status conference, the parties shall file a joint status report on or by **Friday, July 21, 2023**. The Court will hold a status conference by telephone at **3:00 p.m. EDT** on **Monday, July 24, 2023**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Senior Judge
